## 62409. TRAVELERS INSURANCE COMPANY v. MOXLEY.
## 62410. MOXLEY v. MOXLEY.

POPE, Judge.

The sole error enumerated in both these appeals is that the trial court erred in holding in contravention of Code Ann. § 114-302 that workers' compensation benefits are subject to garnishment to enforce a decree for child support. This issue has recently been decided adversely to appellants in *American Mut. Liab. Ins. Co. v. Hicks,* 159 Ga. App. 214 (283 SE2d 18) (1981) (cert. den. September 30, 1981), where this court concluded "that a garnishment to a judgment for child support is not precluded by Code Ann. § 114-302."

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED NOVEMBER 16, 1981.

*E. Bright Kinnett,* for appellant (case no. 62409).
*J. Hamrick Gnann, Jr.,* for appellant (case no. 62410).
*Gerald M. Edenfield, Susan Warren Cox,* for appellee.